**BRYAN S. WESTERFELD (S.B.# 218253)**
bwesterfeld@walravenlaw.com
**JESSICA B. HARDY (S.B.# 246377)**
jbh@walravenlaw.com
**NICOLE E. WURSCHER (S.B.# 245879)**
new@walravenlaw.com
**WALRAVEN & WESTERFELD LLP**
20 Enterprise, Suite 310
Aliso Viejo, California 92656
Telephone: (949) 215-1990
Fax: (949) 215-1999

Attorneys for Defendant
UnitedHealthcare Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA WOODY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED HEALTHCARE INSURANCE CO. AND DOES 1-10,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00242-PA-AGRx<br><br>**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO VACATE DATES; [PROPOSED] ORDER**<br><br>*(Superior Court of California County of Los Angeles, Case No. 23STCV29964)* |

Plaintiff JESSICA WOODY and Defendant UNITED HEALTHCARE INSURANCE COMPANY (hereinafter, the Parties), by and through their respective counsel of record, hereby notify the Court that the Parties have reached a settlement in the above entitled matter. Accordingly, the Parties respectfully request that the Court vacate all pending due dates.

Respectfully submitted,

Dated: June 24, 2024       **WALRAVEN & WESTERFELD LLP**

By:  /s/ Nicole E. Wurscher
    **Nicole E. Wurscher**
Attorneys for Defendant
UnitedHealthcare Insurance Company

Dated: June 24, 2024       **LAW OFFICES OF JONATHAN A. STIEGLITZ**

By:  /s/ Jonathan A. Stieglitz
    **Jonathan A. Stieglitz**
Attorneys for Plaintiff
Jessica Woody

### CERTIFICATION PURSUANT TO LOCAL RULE 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Jonathan A. Stieglitz, counsel for Plaintiff, and I have obtained his authorization to affix his electronic signature to this document.

# Proof of Service

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 20 Enterprise, Suite 310, Aliso Viejo, CA 92656.

On June 24, 2024, I served the foregoing document(s) described as

**JOINT NOTICE REGARDING SETTLEMENT AND REQUEST TO VACATE DATES; [PROPOSED] ORDER**

on all interested parties in this action as follows (or as on the attached service list):

JONATHAN A. STIEGLITZ
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Ste. 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748
jonathan@stieglitzlaw.com
Attorney for Plaintiff
Jessica Woody

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the *CM/ECF* system. Participants in the case who are registered *CM/ECF* users will be served by the *CM/ECF* system. Participants in the case who are not registered *CM/ECF* users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 24, 2024, at Aliso Viejo, California.

/s/ Nicole E. Wurscher
Nicole E. Wurscher