UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jessica Woody<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United Healthcare Insurance Company and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00242-PA-AGR<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

| | |
|---|---|
| 1 | Based on the Stipulation of Defendant, United Healthcare Insurance Company, |
| 2 | and Plaintiff, Jessica Woody, |
| 3 | It is **HEREBY ORDERED** as follows: |
| 4 | 1.    The above-entitled action, Case No. 2:24-cv-00242-PA-AGR, is |
| 5 | dismissed in its entirety with prejudice pursuant to Federal Rule of |
| 6 | Civil Procedure 41(a)(1); and |
| 7 | 2.    Each party shall bear their own costs and fees. |
| 8 | |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated:  July 05, 2024                           By: _____ |
| 12 | Percy Anderson |
| | United States District Judge |